UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD OLMO

        Plaintiff,

    -against-

ANDREW SAUL
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

20-CV-8661 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The defendant was directed to file the Administrative Record on March 22, 2021; see Docket Entry No.11.  The time for filing that document has elapsed, and the docket sheet maintained for this action by the Clerk of Court does not reflect that the Administrative Record has been filed.  Therefore, on or before March 30, 2021, the defendant shall file the Administrative Record.

Dated: New York, New York
       March 25, 2021

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE