UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD OLMO,

        Plaintiff,

    -against-

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------------------------------X

ORDER

20-CV-8661 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The defendant requested that the time for filing the Administrative Record be extended to June 21, 2021. See Docket Entry No.15. That request was granted. See Docket Entry No. 16. The docket sheet, maintained by the Clerk of Court for this action, does not reflect that the Administrative Record has been filed and the time for doing so has elapsed. Therefore, on or before June 29, 2021, the parties shall advise the Court, in writing, of the status of this action.

Dated: New York, New York
       June 25, 2021

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE