UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
RICHARD OLMO,

                        No. 20 CV 8661-LTS-KNF

              Plaintiff,

      -against-                         <u>ORDER</u>

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.
--------------------------------------------------------x

        On June 11, 2021, the Court issued an order directing the parties to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the Magistrate Judge, within two weeks of the date of that order.  (Docket entry no. 17.)  The Court further directed the parties to notify the Court, within two weeks of the date on which the parties confer, whether the parties have consented to having the Magistrate Judge decide their case by either (1) filing a full executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form should the parties consent; or (2) having counsel for the Defendant file a letter advising the Court that the parties do not consent, without disclosing the identity of the party or parties who do not consent.  The docket sheet, maintained by the Clerk of Court for this action, does not reflect that the proper form or letter revealing the parties' preference has been filed and the time for doing so has elapsed.  Therefore, on or before July 23, 2021, the parties shall inform the Court of the

status of their consideration of the issue of consent by filing the above-referenced form or letter.

    SO ORDERED.

Dated: New York, New York
       July 19, 2021

                                          /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge