# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

RICHARD OLMO,

                Plaintiff,               20 **CIVIL** 8661 (LTS)(JW)

    -v-                                   **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated February 15, 2022, that the decision of the Commissioner of Social Security be, and hereby is, reversed, and that this action be, and hereby is, remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
          February 15, 2022

                                                    **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                              **BY:**    *K. Mango*
                                                       **Deputy Clerk**