UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RICHARD OLMO

    -v-

                                    No.  20-CV-8661-LTS

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

      Defendant.

-------------------------------------------------------x

ORDER

        The Court has received Plaintiff's application for attorney's fees pursuant to the Equal

Access to Justice Act and Plaintiff's accompanying request to defer filing a memorandum of law

in support of such motion for 60 days to "permit the parties an opportunity to reach settlement of

the fee issue."  (Docket entry no. 44.)  The Commissioner of the Social Security Administration

is hereby directed to file by **May 23, 2022**, any opposition to Plaintiff's request to defer the filing

of Plaintiff's memorandum of law for 60 days.


        SO ORDERED.


Dated: New York, New York
       May 18, 2022

                           __/s/ Laura Taylor Swain_____
                           LAURA TAYLOR SWAIN
                           Chief United States District Judge