UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RICHARD OLMO

    -v-

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

-------------------------------------------------------x

No. 20-CV-8661-LTS-JW

## Order

Before the Court is Plaintiff's motion for an extension of time to file its motion for attorney's fees pursuant to 42 U.S.C. section 406(b) until after its fee application has been decided by the Social Security Administration. (Docket entry no. 51.) Defendant consents to the request. The Court hereby grants Plaintiff's request for an extension of time to file until after its fee application has been decided by the Social Security Administration. Plaintiffs are hereby directed to inform the Court of the agency's determination within seven days of its decision. This order resolves docket entry no. 51.

    SO ORDERED.

Dated: New York, New York
       October 27, 2023

                                                   /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge